# United States Court of Appeals
## For the First Circuit

No. 00-2250

WILLIAM L. BURRELL, JR.,

Plaintiff, Appellant,

v.

BOARD OF TRUSTEES FOR THE UNIVERSITY OF MAINE SYSTEM, ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on July 10, 2001 is amended as follows:

On the cover sheet, "[Hon. David M. Cohen, U.S. Magistrate Judge]" should be corrected to read "[Hon. Steven J. McAuliffe, U.S. District Judge]"